### 10438.  GOLDEN v. THE STATE.

BROYLES, P. J.  1.  The conviction of the defendant not depending wholly upon circumstantial evidence, the court, in the absence of a timely and appropriate written request, did not err in failing to charge the law of circumstantial evidence.

2. The verdict was authorized by the evidence, and having been approved by the trial judge, and no error of law appearing, this court is without authority to reverse the judgment overruling the motion for a new trial.

> *Judgment affirmed.  Bloodworth and Stephens, JJ., concur.*
> DECIDED JUNE 9, 1919.

Indictment for sale of liquor; from Jefferson superior court— Judge Hardeman.  February 19, 1919.

*M. C. Barwick, Frank Hardeman,* for plaintiff in error.
*Walter F. Grey, solicitor-general,* contra.

---

### 10494.  AMOS v. THE STATE.

STEPHENS, J.  The bill of exceptions contains no assignment of error.  It therefore presents no question for this court to determine.

*Writ of error dismissed.  Broyles, P. J., and Bloodworth, J., concur.*
DECIDED JUNE 9, 1919.

Accusation of misdemeanor (revocation of probation) ; from city court of Madison—Judge Anderson.  April 12, 1919.

*E. R. Lambert,* for plaintiff in error.
*A. G. Foster, solicitor,* contra.